# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1140

Kerwin Lamont Summage

Petitioner

v.

United States of America

Respondent

_____

Petition for permission to file a Successive Habeas Petition
(4:10-cv-00529-JAJ)
(3:08-cr-00048-JAJ-1)
_____

**ORDER**

It is hereby ordered that Petitioner's Motion Requesting Opportunity to Reply to Government's Response and Copy Request is granted.

February 14, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans